

**COFFEE v. STATE.**

No. 26145.

Court of Criminal Appeals of Texas.

Jan. 7, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for transporting beer and whisky in a dry area; the punishment a fine of $250.

The record is before us without a statement of facts or bills of exception and the proceedings appear to be regular.

The judgment is affirmed.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for robbery. The punishment is assessed at confinement in the state penitentiary for a term of five years.

The record is before us without a statement of facts and bills of exception. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.